USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/9/2022

**DAWN M. FLORIO LAW FIRM, PLLC**
*Attorney & Counselors at Law*
488 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 939-9539
Facsimile: (347) 398-8062
DawnMFlorio@yahoo.com

# MEMORANDUM ENDORSED

June 9, 2022

<u>VIA ECF</u>
Honorable Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan
500 Pearl Street
New York, New York 10007

RE: *United States v. Victor Rivera-Quinones*
<u>1:21-CR-00797-GHW</u>

Honorable Woods;

    I, Dawn M. Florio, attorney at law, represent Victor Rivera-Quinones on the above case matter dated for June 13, 2022 @ 10am.

    I am currently on trial on People v. Dushon Foster in front of Hon. McCarty in the Bronx, so I was not able to appear in person. I am requesting this case be adjourned for at least 30 days for another in person appearance before your Honor. I have spoken to AUSA Brandon Harper, and he has consented to this adjournment for at least 30 days. I apologize to the court and all parties for the inconvenience this will cause and exclude time under the Speedy Trial Act until a date has been selected. I am requesting that this application be acknowledged and considered.

    Should your Honor have any questions or concerns, please feel free to contact my office at your earliest convenience.

Sincerely,

Dawn M. Florio

Dawn M. Florio, Esq.
*Attorney for Victor Rivera-Quinones*

CC: All Counsel

Application granted. The Court has adjourned the conference and excluded time by separate order. Counsel is directed to review and comply with the Court's Individual Rules of Practice in Criminal Cases, which require, among other things, that counsel present a proposed order to exclude time together with such a request. The Court excuses the obligation here because co-defendant's counsel recently submitted such a template to the Court and because counsel is on trial.
SO ORDERED.
Dated: June 9, 2022
New York, New York
_____
GREGORY H. WOODS
United States District Judge