```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
    UNITED STATES OF AMERICA,                                 :
                                                              :
                                                              :
                -v-                                           :       1:21-cr-797-GHW-2
                                                              :
                                                              :
    VICTOR RIVERA-QUINONES,                                   :       ORDER
                                                              :
                                   Defendant.                 :
                                                              :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/29/2022

GREGORY H. WOODS, United States District Judge:

Trial in this matter will commence on Tuesday, February 21, 2023 at 9:00 a.m. The trial will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

The pretrial materials required by Rule 6 of the Court's Individual Rules of Practice in Criminal Cases, including motions *in limine*, are due no later than November 21, 2022. If any motions *in limine* are filed, opposition papers are due no later than seven days after the date of service of the motion. Reply papers, if any, are due no later than four days after the date of service of the opposition. Courtesy copies of motions *in limine* should be submitted when the motions are fully briefed. The Court will hold a final pretrial conference in this matter on February 7, 2023 at 9:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

The parties are further directed to submit: (1) a proposed brief description of the case, to be read to the venire and (2) a brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements, no later than November 21, 2022. If the parties are unable to agree on the language of such a short overview,

they are directed to notify the Court of that fact by the same date.

    SO ORDERED.

Dated: September 29, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge