```
                                            USDC SDNY
                                            DOCUMENT
                                            ELECTRONICALLY FILED
                                            DOC #: _____
                                            DATE FILED: 9/29/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                    :
    UNITED STATES OF AMERICA,                       :
                                                    :
                                                    :
              -v-                                   :              1:21-cr-797-GHW-2
                                                    :
                                                    :
    VICTOR RIVERA-QUINONES,                         :              ORDER
                                                    :
                                Defendant.          :
                                                    :
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

        During the conference held on August 26, 2022, the Court directed Defendant to file pretrial

motions no later than September 30, 2022, the Government to file oppositions to any defense

motions no later than three weeks following the date of service of the Defendant's motions, and the

Defendant to file replies, if any, no later than one week following the date of service of the

oppositions.

        On September 27, 2022, Defendant requested that the deadline for Defendant's pretrial

motions to be extended by at least two weeks because defense counsel is currently in trial in another

matter. Dkt. No. 56. The Court is unable to grant an extension of the length requested for several

reasons. First, the Court established the September 30, 2022 deadline more than a month ago, and

defense counsel was aware of this deadline as of the August 26, 2022 conference. Second, the Court

has a trial scheduled for December and, as a result, cannot hold a hearing regarding any motions

filed by Defendant until January. Third, as stated on the record during the conference held on

August 26, 2022, trial in this matter is scheduled to begin on February 21, 2023. The Court

informed the parties during the conference held on August 26, 2022 that February 21, 2022 "is a

firm date." Dkt. No. 54 at 11:3. Extending the briefing schedule for the length requested would

impact the trial date currently scheduled.

Accordingly, Defendant's September 27, 2022 request for an extension of time to file Defendant's pretrial motions, Dkt. No. 56, is granted in part and denied in part. The deadline for Defendant to file pretrial motions is extended to October 7, 2022. The Government's oppositions to any defense motions are due no later than three weeks following the date of service of the motion. Defendant's replies, if any, are due no later than one week following the date of service of the opposition. The Court will hold a hearing on any defense motions necessitating a hearing on November 18, 2022 at 11:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 56.

SO ORDERED.

Dated:  September 29, 2022
        New York, New York

_____
GREGORY H. WOODS
United States District Judge