USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                     :
UNITED STATES OF AMERICA,            :
                                                     :
                  -v-                          :          1:21-cr-797-GHW-2
                                                     :
VICTOR RIVERA-QUINONES,          :          ORDER
                                                     :
                                Defendant.  :
                                                     :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      In the Court's September 29, 2022 order, Defendant was directed to submit any pretrial motions no later than October 7, 2022. Dkt. No. 59. The Court has not received any pretrial motions from Defendant. Defendant's failure to comply with the Court's scheduling order is not excused. Because there are no defense motions necessitating a hearing, the hearing scheduled for November 18, 2022 at 11:00 a.m. is adjourned *sine die*.

      SO ORDERED.

Dated: October 10, 2022
New York, New York

                                                                                       GREGORY H. WOODS
                                                                     United States District Judge