```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
    UNITED STATES OF AMERICA,                                 :
                                                              :
                                                              :
                   -v-                                        :
                                                              :
                                                              :
    VICTOR RIVERA-QUINONES,                                   :
                                                              :
                                                              :
                                        Defendant.            :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/9/2022

1:21-cr-797-GHW-2

ORDER

GREGORY H. WOODS, United States District Judge:

A proceeding is scheduled in this matter for November 18, 2022 at 11:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: November 9, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge