```
                                                                    USDC SDNY
                                                                    DOCUMENT
UNITED STATES DISTRICT COURT                                        ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                                       DOC #: _____
------------------------------------------------------------- X     DATE FILED: 11/22/2022
                                                      :
    UNITED STATES OF AMERICA,                         :
                                                      :
                                                      :
                                                      :
          -v-                                         :
                                                      :             1:21-cr-797-GHW-2
                                                      :
    VICTOR RIVERA-QUINONES,                           :             ORDER
                                                      :
                            Defendant.  :
                                                      :
------------------------------------------------------------- X
```

GREGORY H. WOODS, United States District Judge:

As stated on the record during the conference held on November 21, 2022, the pretrial

materials required by Rule 6 of the Court's Individual Rules of Practice in Criminal Cases, including

motions *in limine*, are due no later than January 6, 2023.  If any motions *in limine* are filed, opposition

papers are due no later than seven days after the date of service of the motion.  Reply papers, if any,

are due no later than four days after the date of service of the opposition.  Courtesy copies of

motions *in limine* should be submitted when the motions are fully briefed.  The Court will hold a

final pretrial conference in this matter on February 14, 2023 at 9:00 a.m. in Courtroom 12C, Daniel

Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

The parties are further directed to submit:  (1) a proposed brief description of the case, to be

read to the venire and (2) a brief, mutually acceptable overview of the applicable law, to be read to

the jury as part of the Court's initial instructions prior to opening statements, no later than January

6, 2023.  If the parties are unable to agree on the language of such a short overview, they are

directed to notify the Court of that fact by the same date.

The deadlines for pretrial submissions established by this order supersede the pretrial submission deadlines that were established in the Court's September 29, 2022 order.  Dkt. No. 58. As stated on the record during the conference held on November 21, 2022, trial in this matter remains scheduled to begin on Tuesday, February 21, 2023 at 9:00 a.m.

SO ORDERED.

Dated:  November 22, 2022

_____
GREGORY H. WOODS
United States District Judge