```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
   UNITED STATES OF AMERICA,                                  :
                                                              :
                                                              :
                      -v-                                     :
                                                              :      1:21-cr-797-GHW-2
                                                              :
   VICTOR RIVERA-QUINONES,                                    :          ORDER
                                                              :
                                                              :
                                  Defendant.                  :
------------------------------------------------------------- X
```

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 1/5/2023 |

GREGORY H. WOODS, United States District Judge:

A proceeding is scheduled in this matter for January 9, 2023, at 12:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: January 5, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge