USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/6/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
                              :

UNITED STATES OF AMERICA,       :
                              :
                              :

              -v-               :                 1:21-cr-797-GHW-2
                              :
                              :

VICTOR RIVERA-QUINONES,     :                  ORDER
                              :
                              :

                     Defendant. :
---------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The January 6, 2023 deadline for the submission of the pretrial materials required by the

Court's Individual Rules of Practice, including motions *in limine*, established pursuant to the Court's

November 22, 2022 order, Dkt. No. 71, is adjourned *sine die*.

SO ORDERED.

Dated: January 6, 2023
      New York, New York

                                       _____
                                         GREGORY H. WOODS
                                   United States District Judge